IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00444-RN

| | |
|---|---|
| **Ashley Noelle Tybor,**<br><br>        Plaintiff,<br><br>v.<br><br>**Frank J. Bisignano,** Commissioner of Social Security,<br><br>        Defendant. | **Order** |

Upon consideration of Plaintiff Ashley Tybor's petition for attorney's fees under 42 U.S.C. § 406(b) (D.E. 29), and the Defendant Commissioner's response, the court orders that Russell Bowling, Esquire, is awarded attorney's fees of $22,581.00. Upon receipt, Bowling will reimburse Tybor the sum of $15,893.33 previously received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

Dated: November 17, 2025.

                                                              */s/ Robert T. Numbers II*
                                                              ROBERT T. NUMBERS, II
                                                              UNITED STATES MAGISTRATE JUDGE